**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

      v.                                                             19-CR-258-02(KBJ)

**MICHAEL SMITH**

**MEMORANDUM IN AID OF SENTENCING**

Defendant, by and through undersigned counsel, does hereby submit the following Memorandum in Aid of Sentencing.

    1. Sentencing in this matter scheduled for February 27, 2020.

    2. On November 7, 2019 defendant entered a plea of guilty to one count of Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 USC § 924 (c)(1)(A)(i). The 924 (c) count carries a statutory mandatory sentence of 5 years of imprisonment.

    3. The parties agree that a five year period of imprisonment is the appropriate sentence in this matter. The parties agree that a 2-5 year period of supervised release if also appropriate. Defendant believes he is in Category 1 for purposes of the sentencing guidelines. Defendant has accepted full responsibility for the crime for which he entered a plea of guilty. See page 7, paragraph 25, Presentence Investigation Report.

4. Defendant is requesting a recommendation from the Court that he serve his sentence at the BOP facility located in Cumberland, Maryland. Defendant is further requesting a recommendation for placement into the RDAP program. (Residential Drug Abuse Program). RDAP is available at the BOP facility in Cumberland, Maryland.

5. Defendant does not have available resources to pay a fine.

`                                      Respectfully submitted,

`
_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and accurate copy of the foregoing was served, via the Court's electronic system, on this the 14th day of February, 2020 upon all counsel of record.

_____/s/_____
Steven R. Kiersh